566 January 29, 2025 No. 58

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of K. M.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

K. M.,
*Appellant.*

Multnomah County Circuit Court
24CC01612; A184060

Jane W. Fox, Judge.

Submitted December 13, 2024.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Reversed.

**LAGESEN, C. J.**

Appellant seeks reversal of a judgment committing her to the Oregon Health Authority for a period not to exceed 180 days, as well as an order prohibiting the purchase or possession of firearms. The trial court entered the judgment and order after finding that appellant suffered from a mental illness. We reverse.[1]

Appellant argues that the trial court plainly erred in failing to advise appellant of her right to subpoena witnesses as required by ORS 426.100(1)(d). The state concedes that the trial court plainly erred and that reversal is warranted. We agree with and accept the state's concession. *See State v. R. R. M.*, 310 Or App 380, 381, 484 P3d 408 (2021) (failure to provide such statutory advice of rights constitutes plain error).

Given the nature of civil commitment proceedings, the relative interests of the parties, the gravity of the error, and the ends of justice, we exercise discretion to correct the error. *Id.*

Reversed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.